DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALAN WASERSTROM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0876

[March 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ari Abraham Porth, Judge; L.T. Case No. 16-14995CF10A; 17-5557CF10A.

George Edward Reres of the Law Office of George E. Reres, Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***